B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Colorado

In re  **Corey Donald Simpson**
        **Premadevi Nelson-Simpson**
                                       Debtor(s)

Case No.
Chapter  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

| **Creditor's Name:** <br> Chase Bank | **Describe Property Securing Debt:** <br> Residential Property <br> 16836 E. Navarro Dr. <br> Aurora, CO 80013 |
|---|---|

Property will be (check one):
☐ Surrendered    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt    ☐ Not claimed as exempt

---

**Property No. 2**

| **Creditor's Name:** <br> Chase Bank | **Describe Property Securing Debt:** <br> Residential Property <br> 16836 E. Navarro Dr. <br> Aurora, CO 80013 |
|---|---|

Property will be (check one):
☐ Surrendered    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt    ☐ Not claimed as exempt

---

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                     Best Case Bankruptcy

B8 (Form 8) (12/08)     Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Public Service Credit Union** | **Describe Property Securing Debt:**<br>**2005 Dodge Durango 85,000 miles** |

Property will be (check one):
  ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ■ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt          ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **May 16, 2011**      Signature **/s/ Corey Donald Simpson**
                                                          **Corey Donald Simpson**
                                                          Debtor

Date **May 16, 2011**      Signature **/s/ Premadevi Nelson-Simpson**
                                                          **Premadevi Nelson-Simpson**
                                                          Joint Debtor